Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415-956-1000
Facsimile:  415-956-1008

[*Additional counsel listed on signature page*]

*Attorneys for Plaintiff*
*REBECCA RUBENSTEIN individually and*
*on behalf of all others similarly situated*

Justin M. Penn (SBN 302350)
jpenn@hinshawlaw.com
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
Chicago, CA  60601
Telephone: 312-704-3000
Facsimile:  312-704-3001

*Attorney for Defendant, LoanDepot.com, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| REBECCA RUBENSTEIN individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOANDEPOT.COM, LLC,<br><br>Defendant. | Case No.  5:16-cv-5588-LHK<br><br>**JOINT CASE MANAGEMENT STATEMENT AND NOTICE OF SETTLEMENT** |

The parties in this action submit this JOINT CASE MANAGEMENT STATEMENT AND NOTICE OF SETTLEMENT in compliance with this Court's Orders of May 26, 2017 and August 31, 2017. The Court has set a Case Management Conference for September 6, 2017. The Parties, by their undersigned counsel, hereby give notice to the Court that they have reached a settlement in principle to resolve Plaintiff Rebecca Rubenstein's claims on an individual basis only. The parties intend to execute a settlement agreement and file a stipulated notice of dismissal in accordance with the terms of their settlement by no later than September 5, 2017.

Dated: September 1, 2017

/s/ Daniel M. Hutchinson
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415-956-1000
Facsimile:  415-956-1008

Shanon J. Carson
scarson@bm.net
Arthur Stock (*pro hac vice* admission pending)
astock@bm.net
Lane L. Vines
lvines@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Telephone:  215-875-3000
Facsimile:  215-875-4604

*Counsel for Plaintiff and the Proposed Class*

Dated: September 1, 2017

/s/ Justin M. Penn
Justin M. Penn (SBN 302350)
jpenn@hinshawlaw.com
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
Chicago, CA  60601

*Counsel for Defendant*